[No. 6114–7–II.   Division Two.   June 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. TRACY
CLACK, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 51274RO20, Thomas R. Sauriol, J., entered January 21, 1982. *Dismissed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Petrich, JJ.

[No. 4709–8–II.   Division Two.   June 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. TOM R.
HIKE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 79-1-00122-8, James D. Roper, J., entered March 21, 1980. *Affirmed in part* and *reversed in part* by unpublished opinion per Petrie, J., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 4530–7–III.   Division Three.   June 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
CERVANTES, *Appellant.*

Appeal from a judgment of the Superior Court for Adams County, No. 3003, Gordon Swyter, J., entered April 20, 1981. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Green, J.

[No. 5198–2–II.   Division Two.   June 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDERS
STEINSVIK, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 80-1-00330-3, James D. Roper, J., entered November 20, 1980. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.